UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

        -against-                                    **ORDER**
                                                      24-CR-360 (EK)

ANDREW SIMPSON,

                Defendants.

------------------------------------x
ERIC KOMITEE, United States District Judge:

       This matter comes before the Court on the Application of JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, by Sophia M. Suarez, Assistant United States Attorney, for an order permitting the use of all necessary force to compel the transport and secure the appearance of ANDREW SIMPSON, United States Marshals Service ("USMS") Register Number 84000-053, to the United States Courthouse for the Eastern District of New York at the next court appearance.

       This Order is predicated on ANDREW SIMPSON's reported refusal to comply with USMS and the Bureau of Prisons ("BOP") to be brought to court on November 20, 2025, and based on the importance of ANDREW SIMPSON's prompt appearance in court to permit argument on pretrial motions and other pending matters. Based on the discussion on the record at the November 20 status conference (from which defendant Simpson was absent) the Court

finds that the application is made in good faith and that there is a reasonable belief that the requested relief will be necessary to secure ANDREW SIMPSON's presence at the next court appearance.

It is therefore ORDERED, pursuant to Title 28, United States Code, Section 1651, that BOP and USMS, their agents, and/or designees, and any other appropriate law enforcement and support personnel, shall use all necessary force to produce ANDREW SIMPSON to the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, for his next court appearance, which is currently scheduled on December 10, 2025.  To the extent they deem any such force necessary, the agents and/or other personnel in question shall **inform Simpson** of the existence of this Order prior to any use of such force.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:    November 21, 2025
          Brooklyn, New York